```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KRYSTAL SANTIAGO,

                          Plaintiff,                      22-CV-04821 (AT)(SN)

       -against-                                     **ORDER**

INFORMATION RESOURCES INC., et al.,

                         Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    At the Court's direction, this case was opened in order to resolve Plaintiff Santiago's individual claims against the Defendants separately from the putative collective claims being litigated in No. 20-cv-7688 (AT)(SN).

    Given that this case was opened pursuant to Court order, Plaintiff need not pay any filing fee or submit any application to proceed *in forma pauperis*. Similarly, Plaintiff need not serve Defendants in this case. Defendants shall file their response to the complaint and any counterclaims by June 24, 2022.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:   New York, New York
               June 10, 2022